**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO
The Honorable Michael E. Romero**

| | |
|---|---|
| In re: | Case No. 26-11241 MER |
| Alevtina Alekseyevna Boltenkova | Chapter 7 |
| Debtor. | |

## ORDER OVERRULING OBJECTION

THIS MATTER comes before the Court on the Objection to the Trustee's "No Asset" Report ("**Objection**") filed by Colorado Enterprise Fund, Inc. ("**CEF**"), and the Chapter 7 Trustee's ("**Trustee**") response thereto.[1]

The Trustee filed his Report of No Distribution on June 11, 2026.  CEF filed its Objection on July 13, 2026, asserting, among other things, that the Debtor concealed and/or failed to disclose assets, and that the Trustee should do a more thorough investigation before a no-asset report is filed.  CEF also asserts it intends to file an adversary proceeding against the Debtor to address some of these concerns.  On July 16, 2026, the Court ordered the Trustee to respond to the Objection.  The Trustee filed his response on July 23, 2026.  In his response, the Trustee contends CEF's Objection is vague, and that its concerns would be better resolved through an adversary proceeding.  The Court agrees.  Indeed, "the filing of the No Asset Report by a Chapter 7 trustee has no independent legal significance and does not affect the rights of parties in interest."[2]  As such, CEF's concerns are best addressed in an adversary proceeding.  Therefore, the Court

ORDERS the Objection is OVERRULED.

Dated: August 7, 2026,

BY THE COURT:

_____
Michael E. Romero, Judge
United States Bankruptcy Court

---

[1] ECF Nos. 21 & 24.

[2] *In re Furlong*, 437 B.R. 712, 718 (Bankr. D. Mass. 2010).